IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GERALD BOSWELL**                                                                                                                            **PLAINTIFFS**

**v.**                                  **4:18-CV-00201-BRW**

**SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANTS**

## **ORDER**

Pending is Defendant's Motion to Dismiss (Doc. No. 12). Plaintiff has not responded and the time for doing so has passed.

Because the motion is well taken, it is GRANTED. Accordingly, this case is DISMISSED for failure to exhaust administrative remedies.

IT IS SO ORDERED this 1st day of August, 2019.

                                                                 Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE